IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RICHARD STEVEN BRADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1174 |
| | ) | Judge Trauger |
| JOHN DOE, a/k/a Lieutenant Gilley, | ) | |
| JOHN DOE, a/k/a Officer Dean, and | ) | |
| SUMNER COUNTY, TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

By agreement of the parties at the initial case management conference, it is hereby **ORDERED** that the parties shall exchange initial disclosures by April 29, 2011. Other than the exchange of initial disclosures, this case is **STAYED** pending developments with the plaintiff. At the appropriate time, the parties shall file a motion requesting a case management conference, so that case deadlines and a trial date may be set.

It is so **ORDERED**.

ENTER this 15th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge